1    Gina Fazio, Esq. #225178
     Law Offices of Jeffrey Milam
2    P.O. Box 26360
     Fresno, California 93729
3    (559) 264-2800

4    Attorney for Plaintiff

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR

8                    THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10   KHOU CHANG                )
                               )        1:06-CV-1146 OWW LJO
11                             )
           Plaintiff,          )        STIPULATION AND ORDER
12                             )
     vs.                       )
13                             )
     JO ANNE B. BARNHART,      )
14   Commissioner of Social    )
     Security,                 )
15                             )
           Defendant.          )
16   _____)

17

18        IT IS HEREBY STIPULATED by and between the parties as follows: that

19   appellant be granted a 30 day extension of time, until January 29, 2007, in which to serve

20   Plaintiff's Confidential brief.  All remaining actions under the scheduling order filed,

21   August 28, 2006, shall proceed under the time limit guidelines set therein.

22   / /

23   / /

24   / /

25   / /

26   / /

27   / /

28   / /

1   Dated:  December 26, 2006          /s/ Gina Fazio

2                                      GINA FAZIO,
                                       Attorney for Plaintiff.
3
    Dated:  December 26, 2006
4                                      MCGREGOR SCOTT
                                       United States Attorney
5
                                       By: /s/ Kristi C. Kapetan
6                                      (as authorized via facsimile)
                                       KRISTI C. KAPETAN
7                                      Assistant U.S. Attorney

8          IT IS SO ORDERED.

9   **Dated:    December 28, 2006**        **/s/ Lawrence J. O'Neill**
    66h44d                             UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28