IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOU CHANG, | 1:06cv1146 OWW NEW (DLB) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| vs. | (Document 19) |
| MICHAEL J. ASTRUE, Commissioner, | |
| Defendant. | |

On August 19, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  On May 9, 2007, the Court issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order and prosecute this action.  This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty days of the date of service of the order.  Over thirty days have passed and no party has filed objections.[1]

---

[1] On May 18, 2007, Plaintiff submitted a stipulation and proposed order to dismiss the action.  However, the stipulation was not signed by Defendant's attorney.  The Court inquired numerous times as to the status of the stipulation, but as of the date of this order, the parties have not submitted a completed stipulation.

1

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 9, is ADOPTED IN FULL; and
2. The appeal is DISMISSED.

IT IS SO ORDERED.

**Dated:    June 19, 2007**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE